# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

       Plaintiff,               :        Case No. 3:09-cr-045
                                                              Civil Case No. 3:15-cv-043

-vs-

                                                              District Judge Thomas M. Rose
CALILIN GRANT,                                     Magistrate Judge Michael R. Merz

       Defendant.             :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

      The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #229), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

      Accordingly, it is hereby ORDERED that Defendant's Motion for Return of Seized Property (Doc. #224) be DENIED.  Because reasonable jurists would not disagree with this conclusion,  Defendant should be denied a certificate of appealability and the Court should certify to the Sixth Circuit that any appeal would be objectively frivolous and therefore should not be permitted to proceed *in forma pauperis*.

July 10, 2015                                       \*/Thomas M. Rose

                                                             Thomas M. Rose
                                                        United States  District Judge